

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00831-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES, JR.**

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081L2
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Appellant's opposed motion for an extension of time to file a response to appellee's motion to dismiss is granted. We order appellant to file the response by January 23, 2020. Counsel is advised that a failure to comply with this order may result in the dismissal of this appeal without further notice. Counsel is also advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the response, and (3) provides the court reasonable assurance that the response will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court